IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELISSA L. WOODS**                                                                **PLAINTIFF**

**v.**                                                  **CAUSE NO. 1:18cv290-LG-RHW**

**HANCOCK COUNTY, MISS. SHERIFF'S
DEPARTMENT, ET AL.**                                               **DEFENDANTS**

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court sua sponte for consideration of dismissal. In the Court's [3] Order to Show Cause, Plaintiff Woods was advised that she was required to show cause why there had been no service of process on Defendants within ninety days of filing the complaint. At the time, four and a half months had elapsed, and there was no activity on the docket after the filing date. Six months have now elapsed, and there has been no response to the show cause order or any other communication from Plaintiff. Under these circumstances, Federal Rule of Civil Procedure 4(m) requires the Court to dismiss the action without prejudice against the defendants who were not served within ninety days.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2019.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE