# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MELISSA L. WOODS**                                                             **PLAINTIFF**

v.                                               **CAUSE NO. 1:18CV290-LG-RHW**

**HANCOCK COUNTY, MISS. SHERIFF'S BOARD**
**DEPARTMENT, ET AL.**                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2019.

                                                     *s/ Louis Guirola, Jr.*
                                                     LOUIS GUIROLA, JR.
                                                     UNITED STATES DISTRICT JUDGE